## 30369. WATTS v. THE STATE.

GARDNER, J. The questions of law and fact in this case are almost identical with those in *Day* v. *State*, ante. The opinion in the latter case is controlling on all assignments of error in the instant case. Therefore the judge did not err in overruling the certiorari for any reason assigned. *Judgment affirmed Broyles, C. J., and MacIntyre, J., concur.*

DECIDED FEBRUARY 19, 1944. REHEARING DENIED MARCH 4, 1944.

*H. A. Allen, Gertrude Harris,* for plaintiff in error.
*Lindley W. Camp,* solicitor, *John A. Boykin,* solicitor-general, *Durwood T. Pye,* contra.